## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Borough of Pleasant Hills | : | |
| | : | |
| v. | : | |
| | : | |
| Commonwealth of Pennsylvania, | : | |
| Department of Transportation, | : | |
| Appellant | : | No. 621 C.D. 2023 |

**PER CURIAM**             **O R D E R**

NOW, April 19, 2024, having considered Appellant's application for reargument and appellee's answer in response thereto, the application is DENIED.